UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA S. ABOUNI, an individual,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company,<br><br>　　　　　　　　　　　　Defendant. | Case No.: 22-CV-01439-JO-JLB<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

　　　Defendant Mercedes-Benz USA, LLC filed a motion for judgment on the pleadings as to Plaintiff's third claim for violation of § 1793.2(b) of the Song-Beverly Act. [Dkt. 23]. The Court held oral argument on the motion on April 19, 2023.  For the reasons stated on the record at the oral argument, the Court GRANTS the motion [Dkt. 23] without leave to amend.

　　　**IT IS SO ORDERED.**

Dated:  April 19, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Jinsook Ohta
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court